[1]JOHN L. BURRIS, ESQ., (Bar No. 69888)
CHRISTOPHER A. DEAN, ESQ., (Bar No.550322)
BURRIS, NISENBAUM, CURRY & LACY
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chris.dean@johnburrislaw.com

Attorneys for Plaintiff
MELVIN JUSTIN CURRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JUSTIN CURRY<br><br>                           Plaintiff,<br><br>         vs.<br><br>CITY OF STOCKTON, a municipal corporation; ANDREW DENTON, individually and in his official capacity as a Police Officer for the CITY OF STOCKTON Police Department; BRIAN HOOPER, individually and in his official capacity as a Police Officer for the CITY OF STOCKTON Police Department; OFFICER CARLOS CARRASQUEL, individually and in his official capacity as a Police Officer for the CITY OF STOCKTON Police Department; OFFICER CLARE, individually and in his official capacity as a Police Officer for the CITY OF STOCKTON Police Department and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>                           Defendants. | CASE NO.: 23-cv-01535-JAM-CKD<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

1

STIP AND ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement and Release as stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be **DISMISSED** with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

Dated: February 29, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE